# United States Bankruptcy Court
## Northern District of Mississippi

In re **Maritime Communications/Land Mobile, LLC**                        Case No. **11-13463-DWH**
                                    Debtor(s)                             Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FRED C. GOAD OF 917 STUART LANE, BRENTWOOD, TN 37027** | | | **2% Interest (In Dispute)** |
| **S/RJW PARTNERSHIP, L.P., THE GENERAL PARTNER OF WHICH IS COMMUNICATIONS INVESTMENTS, INC., WHOLLY OWNED BY SANDRA M. DEPRIEST, OF P. O. BOX 1076, COLUMBUS, MS 39703** | | | **98% Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  08/17/11                              Signature  /s/ Sandra M. DePriest
                                            **Sandra M. DePriest, of Communications Investments, Inc., General Partner of S/RJW Partnership, L.P.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.