B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re    **Maritime Communications/Land Mobile, LLC**    Case No.    **11-13463-DWH**
Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BRUCE A. DAVIS, M.D.**<br>**7800 INDIAN SPRINGS DRIVE**<br>**NASHVILLE, TN 37221** | **BRUCE A. DAVIS, M.D.**<br>**7800 INDIAN SPRINGS DRIVE**<br>**NASHVILLE, TN 37221** | | | **87,500.00** |
| **CLARK AND WHITNEY deR. BULLOCK**<br>**1440 S. OCEAN BLVD.**<br>**POMPANO BEACH, FL 33062** | **CLARK AND WHITNEY deR. BULLOCK**<br>**1440 S. OCEAN BLVD.**<br>**POMPANO BEACH, FL 33062** | | | **250,000.00** |
| **COLLATERAL PLUS, LLC**<br>**102 WOODMONT BLVD. STE. 302**<br>**NASHVILLE, TN 37205** | **COLLATERAL PLUS, LLC**<br>**102 WOODMONT BLVD. STE. 302**<br>**NASHVILLE, TN 37205** | | | **50,000.00** |
| **DAVID SHELTON**<br>**1602 FOREST HILL DRIVE**<br>**COLUMBUS, MS 39701** | **DAVID SHELTON**<br>**1602 FOREST HILL DRIVE**<br>**COLUMBUS, MS 39701** | | | **125,000.00** |
| **DOUGLAS C. SELLERS**<br>**LAKEWOOD CENTER, STE. 400**<br>**2660 EAST CHASE LANE**<br>**MONTGOMERY, AL 36117** | **DOUGLAS C. SELLERS**<br>**LAKEWOOD CENTER, STE. 400**<br>**2660 EAST CHASE LANE**<br>**MONTGOMERY, AL 36117** | | | **48,788.35** |
| **GODDIN MADBRIDE SQUERI DAY, ET AL**<br>**505 SANSOME ST, 9TH FLOOR**<br>**SAN FRANCISCO, CA 94111** | **GODDIN MADBRIDE SQUERI DAY, ET AL**<br>**505 SANSOME ST, 9TH FLOOR**<br>**SAN FRANCISCO, CA 94111** | | | **103,684.21** |
| **HARRISON J. SHULL M.D.**<br>**714 LYNNBROOK RD.**<br>**NASHVILLE, TN 37215** | **HARRISON J. SHULL M.D.**<br>**714 LYNNBROOK RD.**<br>**NASHVILLE, TN 37215** | | | **177,000.00** |
| **JAMES L. TEEL**<br>**500 N. INTERLACHEN**<br>**WINTER PARK, FL 32789** | **JAMES L. TEEL**<br>**500 N. INTERLACHEN**<br>**WINTER PARK, FL 32789** | | | **320,000.00** |
| **JAMES TATUM**<br>**LOONEY SPRINGS ROAD**<br>**BIRMINGHAM, AL 35223** | **JAMES TATUM**<br>**LOONEY SPRINGS ROAD**<br>**BIRMINGHAM, AL 35223** | | | **88,500.00** |
| **JUSTIN SHELTON**<br>**811 6TH AVE. N.**<br>**COLUMBUS, MS 39701** | **JUSTIN SHELTON**<br>**811 6TH AVE. N.**<br>**COLUMBUS, MS 39701** | | | **250,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Maritime Communications/Land Mobile, LLC** Case No. **11-13463-DWH**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **KELLER AND HECKMAN LLP** 1001 G STREET N.W., STE. 500 W WASHINGTON, DC 20001 | **KELLER AND HECKMAN LLP** 1001 G STREET N.W., STE. 500 W WASHINGTON, DC 20001 | | | 80,686.33 |
| **LYNETTE A. MCCARY** 2109 WILLIAMSBURG WAY BIRMINGHAM, AL 35223 | **LYNETTE A. MCCARY** 2109 WILLIAMSBURG WAY BIRMINGHAM, AL 35223 | | | 177,000.00 |
| **MCSWAIN COMMUNICATIONS** 318 EAGLES WALK GASTONIA, NC 28056 | **MCSWAIN COMMUNICATIONS** 318 EAGLES WALK GASTONIA, NC 28056 | | | 50,194.86 |
| **MICHAEL P. DUNN** P. O. BOX 241858 MONTGOMERY, AL 36124 | **MICHAEL P. DUNN** P. O. BOX 241858 MONTGOMERY, AL 36124 | | | 97,576.70 |
| **PATRICK B. TRAMMELL** P. O. BOX 11063 BIRMINGHAM, AL 35202-1063 | **PATRICK B. TRAMMELL** P. O. BOX 11063 BIRMINGHAM, AL 35202-1063 | | | 136,000.00 |
| **RETZER RESOURCES** P. O. BOX 4457 GREENVILLE, MS 38794 | **RETZER RESOURCES** P. O. BOX 4457 GREENVILLE, MS 38794 | | | 250,000.00 |
| **ROBERT S. CARADINE** SOUTH 7TH ST. COLUMBUS, MS 39701 | **ROBERT S. CARADINE** SOUTH 7TH ST. COLUMBUS, MS 39701 | | | 50,000.00 |
| **SEXTON, INC.** P. O. BOX 369 DECATUR, AL 35602 | **SEXTON, INC.** P. O. BOX 369 DECATUR, AL 35602 | | | 390,306.80 |
| **WILLIAM ISAACSON** 5301 WISCONSIN AVE. N.W. WASHINGTON, DC 20015 | **WILLIAM ISAACSON** 5301 WISCONSIN AVE. N.W. WASHINGTON, DC 20015 | | | 250,000.00 |
| **WILTSHIRE & GRANNIS LLP** 1200 EIGHTEENTH STREET NW WASHINGTON, DC 20036 | **WILTSHIRE & GRANNIS LLP** 1200 EIGHTEENTH STREET NW WASHINGTON, DC 20036 | | | 205,892.92 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 17, 2011**          Signature **/s/ Sandra M. DePriest**
                                           **Sandra M. DePriest**
                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.