## **RESOLUTION**

A special meeting of the Members of Maritime Communications/Land Mobile, LLC (the "Company"), was held on July 25, 2011, for the purpose of considering whether the Company should voluntarily file a Petition under Chapter 11 of the United States Bankruptcy Code.

All of those in attendance and participating at the meeting agreed that the meeting could be held without notice, and they all agreed that, to the extent notice of the meeting was necessary, they would waive notice thereof.

After a discussion of the issue, upon motion made and duly seconded, the Company unanimously voted to file a Voluntary Petition pursuant to Chapter 11 of the United States Bankruptcy Code.

Accordingly, it is

RESOLVED, that the Company should be, and hereby is, authorized to file a Voluntary Petition pursuant to Chapter 11 of the United States Bankruptcy Code. It is further,

RESOLVED, that the Company should be, and hereby is, authorized to employ the firm of Harris Jernigan & Geno, PLLC as its counsel in the Chapter 11 case, at the following rates: Craig M. Geno and Senior Partners at $400.00 per hour, plus expenses; Junior Partners at $225.00 per hour, plus expenses; Associates at $200.00 per hour, plus expenses; and Paralegals at $125.00 per hour, plus expenses, and to pay to Harris Jernigan & Geno, PLLC a retainer of $36,030.00, including $1,039.00 filing fee.

_____
Sandra M. DePriest

I, Sandra M. DePriest, President of Communications Investments, Inc., General Partner of S/RJW Partnership, L.P., the owner of 98% of Maritime Communications/Land Mobile, LLC, do hereby certify that the above and foregoing Resolution was duly adopted and the matters therein were resolved by the Company on the 25th day of July, 2011.

_____
Sandra M. DePriest