UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:    Maritime Communications/Land Mobile, LLC

            Debtor(s)

Case no. 11-13463

Chapter 11

### UST'S RESPONSE TO THE DEBTOR'S EMERGENCY MOTION TO AUTHORIZE FINANCING PURSUANT TO 11 U.S.C. § 364

Comes now the Acting United States Trustee for Region 5, Henry G. Hobbs, Jr. and files this response to the Debtor's Emergency Motion to Authorize Financing Pursuant to 11 U.S.C. § 364 [DKT. 28] and in support thereof will show unto the court as follows, to-wit:

I.

Any super priority administrative expense claim should not take priority over the payment of U.S. Trustee fees.[1]

II.

Such relief, as requested pursuant to 11 U.S.C. § 364, should only be provided to such extent as is necessary to avoid immediate and irreparable harm to the estate pending a final hearing on this matter, consistent with Rule 4001 (c)(2) of the Federal Rules of Bankruptcy Procedure.  The debtor's budget, as referenced in Exhibit B, does not sufficiently explain some of the expenses itemized as necessary and immediate.

---

[1] The debtor's monthly budget, referenced as Exhibit B, does not provide for the payment of UST fees.

III.

Furthermore, the debtor does not sufficiently provide the relationship between the debtor and the proposed lender, Southeastern Commercial Finance, LLC.  Although the debtor provides this is an arms length transaction, the debtor does not provide that the lender is not an insider as defined by 11 U.S.C. § 101(31).

WHEREFORE, PREMISES CONSIDERED, the United States Trustee submits this response to the Debtor's Emergency Motion to Authorize Financing Pursuant to 11 U.S.C. § 364 [DKT. 28] and prays that the court will enter an order sustaining this objection.  The United States Trustee prays for general relief to which entitled in these premises.

    Respectfully submitted,

    Henry G. Hobbs, Jr.
    Acting United States Trustee
    Region 5, Judicial Districts of
    Louisiana and Mississippi

by:    */s/ Sammye S. Tharp*
    Sammye S. Tharp
    Trial Attorney

Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
U.S. Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Direct telephone no. (601)965-4142
Facsimile no. (601)965-5226
MS Bar no. 10016

## CERTIFICATE OF SERVICE

   I, Sammye S. Tharp, do hereby certify that a true and exact copy of the foregoing response has been tendered to the individual(s) listed below by U. S. Mail, postage prepaid, and/or CM/ECF this the 7th day of September 2011.

Craig M. Geno, Esq.
Harris Jernigan & Geno, PLLC
P.O. Box 3380
Ridgeland, MS 39158-3380

cmgeno@hjglawfirm.com

               */s/ Sammye S. Tharp*
               Sammye S. Tharp