IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

CHAPTER 11

IN RE: MARITIME COMMUNICATIONS/     CASE NO: 11-13463-DWH
LAND MOBILE, LLC
Debtor

---

AGREED ORDER ON MOTION TO ESTABLISH DEADLINE FOR
DEBTOR TO ASSUME OR REJECT ASSET PURCHASE
AGREEMENT WITH SOUTHERN CALIFORNIA REGIONAL
RAIL AUTHORITY DK # 54

---

THIS CAUSE came before the Court on the motion (Dk #54) filed by Southern California Regional Rail Authority ("SCRRA") to establish a deadline for the Debtor, Maritime Communications/Land Mobile, LLC ("MC/LM"), to assume or reject the Asset Purchase Agreement and related Escrow Agreement with SCRRA, and the Court is advised that the Debtor has no objection to the motion finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Debtor shall assume or reject the Asset Purchase Agreement and related Escrow Agreement described in the motion no later than Friday, September 23, 2011. If the Debtor elects to assume the Asset Purchase Agreement, it shall file its motion to do so no later than September 23, 2011.

Dated this _____ day of September, 2011.

UNITED STATES BANKRUPTCY COURT JUDGE

Agreed to:

_____
Jim F. Spencer, Jr., Attorney for
SOUTHERN CALIFORNIA REGIONAL
RAIL AUTHORITY

_____
Craig M. Geno, Attorney for the Debtor