UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                    §
                                          §
                                          §    CASE NO. 11-13463-DWH
MARITIME COMMUNICATIONS/                  §
LAND MOBILE, LLC,                         §    CHAPTER 11
                                          §
                    Debtor.               §

RESPONSE TO DEBTOR'S EMERGENCY MOTION
TO AUTHORIZE FINANCING PURSUANT TO 11 U.S.C. § 364

Warren Havens, Skybridge Spectrum Foundation, Verde Systems LLC (formerly called Telesaurus, VPC LLC), Environmental LLC (formerly called AMTS Consortium LLC), Intelligent Transportation & Monitoring LLC, and Telesaurus Holdings GB LLC (collectively, "SkyTel")[1] submit this response (the "Response") to the *Debtor's Emergency Motion to Authorize Financing Pursuant to 11 U.S.C. § 364* (the "Motion," Dkt. No. 28), as follows:

1. SkyTel objects to the Motion because, as discussed in detail in SkyTel's *Objection to Debtor's Emergency Motion to Authorize Financing Pursuant to 11 U.S.C. § 364* (the "Objection," Dkt. No. 44), which Objection was filed prior to the interim hearing on the Motion and is hereby incorporated herein by reference, the Debtor has failed to meet its burden of proof under Bankruptcy Code § 364 and Bankruptcy Rule 4001. Indeed, the Debtor has failed to establish that it is unable to obtain credit on more favorable terms than those provided by § 364, and has likewise failed to establish that the subject financing is in the best interests of the estate and its creditors. (*See* Dkt. No. 44, pp. 3-6).

---

[1] The SkyTel entities listed here are separate legal entities, all managed by Warren Havens, and for the purposes of this bankruptcy and in related proceedings before the Federal Communications Commission ("FCC"), pursue certain common interests.

2. Notwithstanding the above, SkyTel does not object to entry of a Final Order on the Motion which is substantially identical to the Interim Order entered by this Court on September 21, 2011 (the "Interim Order," Dkt. No. 68).

**WHEREFORE,** for the above stated reasons, and for possible other reasons to be stated at any final hearing on the Motion, Skytel objects to the Motion and requests that it be denied unless the Final Order is substantially identical to the Interim Order. Skytel further prays for general relief.

**THIS** the 17th day of October, 2011.

          Respectfully submitted,

          **WARREN HAVENS, SKYBRIDGE SPECTRUM FOUNDATION, VERDE SYSTEMS LLC, ENVIRONMENTAL LLC, INTELLIGENT TRANSPORTATION & MONITORING LLC, and TELESAURUS HOLDINGS GB LLC**

          By: /s/ William H. Leech
             William H. Leech, MS Bar No. 1175
             Danny E. Ruhl, MS Bar No. 101576
             Two of Their Attorneys

OF COUNSEL:
William H. Leech, MS Bar No. 1175
Danny E. Ruhl, MS Bar No. 101576
**COPELAND, COOK, TAYLOR & BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
druhl@cctb.com

Kristin Going, Admitted *Pro Hac Vice*
**DRINKER BIDDLE & REATH**
1500 K Street, N.W., Suite 1100

Washington, D.C. 20005
Telephone: 202-230-5177
Facsimile: 202-842-8465
Kristin.going@dbr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be filed via the Court's Electronic Case Filing System, which caused to be served a copy on all counsel and parties of record who have consented to receive ECF notification, including the following:

| | |
|---|---|
| Craig M. Geno, Esq.<br>cmgeno@hjglawfirm.com | U.S. Trustee<br>USTPRegion05.AB.ECF@usdoj.gov<br>Sammye.S.Tharp@usdoj.gov |

**THIS** the 17th day of October, 2011.

/s/ William H. Leech
Of Counsel

3